AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| TEVIN MURRY <br><br> *Plaintiff(s)* <br> v. <br> Jeanne Simon, Mark Simon, Sell Your TV Concept Now, Inc., <br> Paramount Global d/b/a Paramount and f/k/a Viacomcbs, <br> Nelvana Enterprises, Inc.; Pedro Eboli, Mark <br> *Defendant(s)* | Civil Action No. 1:23-cv-1493 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gramham Peterson
25 Dockside Drive
Toronto, Canada. ON M5A 0B5

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Law Offices of Robert Kenner, Jr.
c/o Robert Kenner, Jr. Esq.
3992 Redan Road
Stone Mountain, Georgia 30083
404-292-9997 office

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



KEVIN P. WEIMER
*CLERK OF COURT*

Date: 04/07/2023

s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| TEVIN MURRY <br><br> *Plaintiff(s)* <br> v. <br> Jeanne Simon, Mark Simon, Sell Your TV Concept Now, Inc., <br> Paramount Global d/b/a Paramount and f/k/a Viacomcbs, <br> Nelvana Enterprises, Inc.; Pedro Eboli, Mark <br> *Defendant(s)* | Civil Action No. 1:23-cv-1493 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mark Satterthwaithe
25 Dockside Drive
Toronto, Canada. ON M5A 0B5

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Law Offices of Robert Kenner, Jr.
c/o Robert Kenner, Jr. Esq.
3992 Redan Road
Stone Mountain, Georgia 30083
404-292-9997 office

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



KEVIN P. WEIMER
*CLERK OF COURT*

Date: ___04/07/2023___                                      ___s/Stephanie Wilson-Bynum___
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| TEVIN MURRY <br><br> *Plaintiff(s)* <br> v. <br> Jeanne Simon, Mark Simon, Sell Your TV Concept Now, Inc., <br> Paramount Global d/b/a Paramount and f/k/a Viacomcbs, <br> Nelvana Enterprises, Inc.; Pedro Eboli, Mark <br> *Defendant(s)* | Civil Action No. 1:23-cv-1493 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Pedro Eboli
25 Dockside Drive
Toronto, Canada. ON M5A 0B5

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)  you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Law Offices of Robert Kenner, Jr.
c/o Robert Kenner, Jr. Esq.
3992 Redan Road
Stone Mountain, Georgia 30083
404-292-9997 office

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



KEVIN P. WEIMER
*CLERK OF COURT*

Date:   04/07/2023

s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| TEVIN MURRY <br><br> *Plaintiff(s)* <br> v. <br> Jeanne Simon, Mark Simon, Sell Your TV Concept Now, Inc., <br> Paramount Global d/b/a Paramount and f/k/a Viacomcbs, <br> Nelvana Enterprises, Inc.; Pedro Eboli, Mark <br> *Defendant(s)* | Civil Action No. 1:23-cv-1493 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nelvana Enterprises, Inc.
25 Dockside Drive
Toronto, Canada. ON M5A 0B5

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Law Offices of Robert Kenner, Jr.
c/o Robert Kenner, Jr. Esq.
3992 Redan Road
Stone Mountain, Georgia 30083
404-292-9997 office

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



KEVIN P. WEIMER
*CLERK OF COURT*

Date: ___04/07/2023___           ___s/Stephanie Wilson-Bynum___
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| TEVIN MURRY <br><br> *Plaintiff(s)* <br> v. <br> Jeanne Simon, Mark Simon, Sell Your TV Concept Now, Inc., <br> Paramount Global d/b/a Paramount and f/k/a Viacomcbs, <br> Nelvana Enterprises, Inc.; Pedro Eboli, Mark <br> *Defendant(s)* | Civil Action No. 1:23-cv-1493 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PARAMOUNT GLOBAL d/b/a Paramount
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Law Offices of Robert Kenner, Jr.
c/o Robert Kenner, Jr. Esq.
3992 Redan Road
Stone Mountain, Georgia 30083
404-292-9997 office

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



KEVIN P. WEIMER
*CLERK OF COURT*

Date: ___04/07/2023___    ___s/Stephanie Wilson-Bynum___
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| TEVIN MURRY <br><br> *Plaintiff(s)* <br> v. <br> Jeanne Simon, Mark Simon, Sell Your TV Concept Now, Inc., <br> Paramount Global d/b/a Paramount and f/k/a Viacomcbs, <br> Nelvana Enterprises, Inc.; Pedro Eboli, Mark <br> *Defendant(s)* | Civil Action No.  1:23-cv-1493 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SELL YOUR TV CONCEPT NOW, INC.
140 WOODCREST OVELOOK
FAYETTEVILLE, GA 30215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Law Offices of Robert Kenner, Jr.
c/o Robert Kenner, Jr. Esq.
3992 Redan Road
Stone Mountain, Georgia 30083
404-292-9997 office

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



KEVIN P. WEIMER
*CLERK OF COURT*

Date:  04/07/2023

s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| TEVIN MURRY <br><br> *Plaintiff(s)* <br> v. <br> Jeanne Simon, Mark Simon, Sell Your TV Concept Now, Inc., Paramount Global d/b/a Paramount and f/k/a Viacomcbs, Nelvana Enterprises, Inc.; Pedro Eboli, Mark <br> *Defendant(s)* | Civil Action No. 1:23-cv-1493 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARK SIMON
140 WOODCREST OVELOOK
FAYETTEVILLE, GA 30215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Law Offices of Robert Kenner, Jr.
c/o Robert Kenner, Jr. Esq.
3992 Redan Road
Stone Mountain, Georgia 30083
404-292-9997 office

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



KEVIN P. WEIMER
*CLERK OF COURT*

Date: ___04/07/2023___  ___s/Stephanie Wilson-Bynum___
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| TEVIN MURRY <br><br> *Plaintiff(s)* <br> v. <br> Jeanne Simon, Mark Simon, Sell Your TV Concept Now, Inc., Paramount Global d/b/a Paramount and f/k/a Viacomcbs, Nelvana Enterprises, Inc.; Pedro Eboli, Mark <br> *Defendant(s)* | Civil Action No. 1:23-cv-1493 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JEANNE SIMON
140 WOODCREST OVELOOK
FAYETTEVILLE, GA 30215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Law Offices of Robert Kenner, Jr.
c/o Robert Kenner, Jr. Esq.
3992 Redan Road
Stone Mountain, Georgia 30083
404-292-9997 office

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



KEVIN P. WEIMER
*CLERK OF COURT*

Date: _____04/07/2023_____          _____s/Stephanie Wilson-Bynum_____
*Signature of Clerk or Deputy Clerk*